10/30/2014

To whom it may concern:

Ever since I was young, I was always focused and determined on anything I put my mind to. My dream as a teenager was to play soccer on a professional level and I achieved it by believing in myself and working hard, as a youth I played for various professional soccer teams in the republic of Georgia. During my youth, Georgia was economically oppressed nation, where the majority of population was out of work because of the collapse of the Soviet Union in the 1991, it had a negative economic effect on Georgia. The city I grew up in, Tbilisi, was crime infested, even though I steered away from criminal lifestyle and pursued my dream to be a soccer player, the unending unlawful activities, psychologically affected me as I was growing up. My coming to United States changed my life completely. I have made new family and friends in a nation that I now call home. The long journey for the last ten years has not been perfect, on the way I have made my share of mistakes that I regret terribly that my actions have caused such trauma to my family. My darkest moments was when I was incarcerated for my crime. Every moment I have spent in the prison was unending torment for me and my family. When I came out on bail, I have completely changed my lifestyle. I have contemplated on my misdeeds, and I am sincerely remorseful, thus I planned to change my self. I remembered my younger self, and became determined ones again to focus on becoming a coach for soccer team. I accomplished this goal by dedicating myself to the cause, and hard work. The last couple of years has been a noteworthy journey for me and my family.

Sincerely,

Lasha Goletiani    L. Goletiani