To Whom It May Concern:

I, Lia Shavliashvili have been with Lasha Goletiani for over five years, we have a four years old daughter named          . Lasha has been an inspirational figure in my life. I would have never imagined that I would have been able to finish college while having an infant baby, but due to Lasha's undoubted commitment to being an exceptional father he has made it possible for me to continue my education and peruse my dream.

When Lasha was incarcerated, it had very stressful effect not only on Lasha, as well as on me and our child. Raising a child as a single mother is challenging, however I was continuing my education so I would have finished college fast as possible to get a job and improve the condition in which my family was. The entire time of Lasha's incarceration was unbearable for        , because she needed her father by her side. After Lasha was released from prison, he became a completely changed person. He was more caring towards me,       , and others around him. He became a better father to his daughter, and more involved in family activities than ever before. He has changed for the better and is completely a different person. Afterwards, Lasha has been front and center of everything when it comes to our daughter, he has been doing everything without being asked. Lasha takes our daughter to kindergarten and picks her up after work. Lasha has recently enrolled our daughter into the swimming academy that he takes her twice a week. I am so glad that my daughter has such an amazing role model as a father. Lasha is very honest and reliable person and in the last five years he has proven by always being there for me and my daughter

Sincerely,

Lia Shavliashvili   *L. Shavliashvili* [signature]

**BROOKLYN WARRIORS SOCCER ASSOCIATION INC.**
**2002 WEST 6TH STREET**
**BROOKLYN, NY 11235**
**646.623.5364**

TO WHOM IT'S MAY CONCERN:

I, Alex Zaretser, know Lasha Goletiani since March 2002. I worked with Lasha in United Soccer Club as a player and later on as a coach. His work ethics and the way he dealt with kids were exceptional. He has great skills working under pressure. Lasha is very reliable person since he was never late at the kid's practices or games. He was great asset for our club since he offered a lot of positive skills where I as a teammate and boss can learn from. I think very highly of him because he was always up to the task while working with kids and their parents.

Overall I think Lasha is a good person and great father. If you have any questions feel free to contact me at zaretser@gmail.com.

Sincerely,

Alex Zaretser

Club President

To whom it may concern

The purpose of this letter is to uphold the claims of Lasha Goletiani. I Nikoloz Kevlishvili 23 years old, currently working in New York Red Bulls in a position of a soccer coach. I am reaching out to you regarding Lasha Goletiani, because he has not only been a long-time friend of mine but also a dutiful as well as devoted man. We been knowing each other since 2011 and he has been nothing but honest. Mr. Goletiani used to help me train kids with lot's of love, teach them soccer and he helped youth develope their skills. He would do more for the society outside, absolutely unharmful educated person.   I hope you consider this information.   Mr. Goletiani is an outstanding human being the one who is patiently waiting of your justifull decision.

With gratitude

Nikoloz Kevlishvili

goletiani.docx | Download ⌄     1 of 1

10/23/14

This is to inform that brother Lasha Goletiani is a good parishioner and a good church. He was guiding himself with an aspiration to do good for the people w our church for help. He participated in cleaning projects in the community, mo and various other projects he participated. He willingly took part in church ser reward he did receive was spiritual in nature.

I would like to turn your attention to the good traits of Lasha's character, such his gentleness, and his attention to people, as they are demonstrated by the abo

Please feel free to give me a call.

Sincerely,

Rev. Spiridon

10/23/14

This is to inform that brother Lasha Goletiani is a good parishioner and a good helper of the church. He was guiding himself with an aspiration to do good for the people who have turned to our church for help. He participated in cleaning projects in the community, moving equipment, and various other projects he participated. He willingly took part in church services, and the only reward he did receive was spiritual in nature.

I would like to turn your attention to the good traits of Lasha's character, such as his kindness, his gentleness, and his attention to people, as they are demonstrated by the above observations.

Please feel free to give me a call.

Sincerely,

Rev. Spiridon

Case 1:11-cr-00591-FB  Document 128-2  Filed 04/07/15  Page 6 of 14 PageID #: 585

10/21/2014

To whom it my concern:

Lasha Galatiani is a very dear family friend who also is the go[dfather of my] daughters. He is a loyal and companionate person for my fam[ily and acts] as a loving family to his daughter. Both I and Lasha have ma[ny mutual] friends and anyone who knows him loves him dearly. He is se[lfless and] always there for anyone who needs him. We cherish him as a [part of our] family. If you have any questions regard please feel free to co[ntact me at] 646-496-2007

Sincerely, Irma Philips.    *I. Phillips*

10/21/2014

To whom it my concern:

Lasha Galatiani is a very dear family friend who also is the godfather of my daughters. He is a loyal and companionate person for my family. I know him as a loving family to his daughter. Both I and Lasha have many common friends and anyone who knows him loves him dearly. He is selfless and always there for anyone who needs him. We cherish him as a part of our family. If you have any questions regard please feel free to contact me at 646-496-2007

Sincerely, Irma Philips.

viseli.docx | Download ∨     1 of 1

To whom it may concern.

My family has known Lasha Goletiani since the first week he came to United [States and we consider] him part of our family. Every birthday, New Year and other holidays don't pass witho[ut us getting] together to celebrate, and If he is not there always feels like something is missing. W[e have seen] how amazing father he is to his daughter, every day he would come over with his dau[ghter, taking] her to the park or brining her back from kindergarten. We have a special close relatio[nship that we] cherish. Our door is always open for him and he can always walk in our house whene[ver he wants.] We have known lasha since 2003 when he was a professional soccer player and ever [since it] turned into a family bond. We have many friends in common and it is visible how loy[al of a] person he is to all his friends. If you have any more questions regarding Lasha let me [know and I will] gladly tell you how amazing he is.  Please feel free to reach us at 646-229-4932

Sincerely from, Lasha Kakabadze, Viseli moseshvili, David Kakabadze, Gurami Kakaba[dze]

*V. Moseshvili*
*[signature]*
*[signature]*
*G. K[signature]*

10/22/2014

To whom it may concern.

My family has known Lasha Goletiani since the first week he came to United States, we consider him part of our family. Every birthday, New Year and other holidays don't pass without us getting together to celebrate, and If he is not there always feels like something is missing. We know firsthand how amazing father he is to his daughter, every day he would come over with his daughter after he took her to the park or brining her back from kindergarten. We have a special close relationship that we cherish. Our door is always open for him and he can always walk in our house whenever he feels like it. We have known lasha since 2003 when he was a professional soccer player and ever since our friendship turned into a family bond. We have many friends in common and it is visible how loyal and trustworthy person he is to all his friends. If you have any more questions regarding Lasha let me know and I will gladly tell you how amazing he is. Please feel free to reach us at 646-229-4932

Sincerely from, Lasha Kakabadze, Viseli moseshvili, David Kakabadze, Gurami Kakabadze

To whom it may concern,

This letter is my personal reference for [name]. I have known [name] for the past few years, as he is a very good family friend.

Because one of the most disciplined and punctual persons I have ever known, [name] is a very respectful, honest and trustworthy person. Please do not hesitate to call me if you have further questions.

Sincerely,

[signature]

[name]
[phone]

10/25/14

To whom it may concern

I Maia Smith confirm that I have known Lasha Goletiani more than 9 years. Our fa[mily] together on a regular basis. At all times I have found Lasha to be dependable, consci[entious,] courteous. He is unselfish and always there for anyone who needs him. We relish hi[s] family.

I'm happy to provide further information if required  718 769 2277

Yours faithfully

Maia Smith

10/25/14

To whom it may concern

I Maia Smith confirm that I have known Lasha Goletiani more than 9 years. Our families get to get together on a regular basis. At all times I have found Lasha to be dependable, conscientious, honest, and courteous. He is unselfish and always there for anyone who needs him. We relish him as a part of my family.

I'm happy to provide further information if required  718 769 2277

Yours faithfully

Maia Smith

10/26/2014

To whom it may concern:

I have known Lasha Goletiani for a very long time. He is considered part of our family, a week doesn't go by that we don't see him and have a family dinner together. Lasha has always been there for my family if we ever need him, our daughters are close friends and we always have lasha daughter over house playing with my daughter. Lasha is a very kind, compassionate and responsible person. If you have any further questions please contact me at: 917-775-4332

Sincerely: Nino Ciani

Case 1:11-cr-00591-FB   Document 128-2   Filed 04/07/15   Page 14 of 14 PageID #: 593

Nino.docx | Download ⌄         1 of 1

10/

To whom it may concern:

I have known Lasha Goletiani for a very long time. He is considered part of our famil\
by that we don't see him and have a family dinner together. Lasha has always been t
we ever need him, our daughters are close friends and we always have lasha daught
playing with my daughter. Lasha is a very kind, compassionate and responsible persc
further questions please contact me at: 917-775-4332

Sincerely: Nino Ciani